**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **PETER G. LAW,** | : | |
| **Plaintiff** | : | **No. 1:19-cv-02007** |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **HARRISBURG AREA COMMUNITY** | : | |
| **COLLEGE,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, on this 1st day of April 2020, upon consideration of Defendant's motion to dismiss (Doc. No. 7), and in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1.  Defendant's motion to dismiss (Doc. No. 7) is **DENIED**; and

2.  Defendant is directed to file an answer to Plaintiff's complaint (Doc. No. 1) within fourteen (14) days of the date of this Order.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
