IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PETER G. LAW,** | : | |
|     **Plaintiff** | : | No. 1:19-cv-02007 |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | |
| **HARRISBURG AREA COMMUNITY COLLEGE,** | : | |
| | : | |
|     **Defendant** | : | |

# ORDER

**AND NOW**, on this 6th day of August 2021, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 28), and Plaintiff's response thereto, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's Motion for Summary Judgment (Doc. No. 28) is **GRANTED**; and

2. The Clerk of Court shall enter judgment in favor of Defendant and against Plaintiff and **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania